#11089135
$2.81
1/4/10

## ZDARSKY, SAWICKI & AGOSTINELLI LLP
ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

December 29, 2009

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

FILED JAN - 4 2010 BANKRUPTCY COURT BUFFALO, N.Y.

**Re:  Alois J. Altendorfer**
     **Case No. 04-13930K**

Ladies and Gentlemen:

Enclosed is my check no. 115 for $2.81, payable to the Clerk, representing the dividend(s) payable as follows, which are each less than $5.00:

| Claim No. | Creditor | Amount |
|---|---|---|
| 2 | Neelam & Ran Goel MD<br>920 West Street<br>Peru, IL 61354 | $1.36 |
| 7 | Myron<br>PO Box 400<br>Maywood, NJ 07607 | $1.45 |

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

Enclosure